THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 18-cv-00327-RM-STV

ORSON JUDD,
individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

KEYPOINT GOVERNMENT SOLUTIONS, INC.,
a Delaware corporation,

    Defendant.

**DEFENDANT'S SUPPLEMENTAL BRIEF SUPPORTING ITS UNOPPOSED MOTION TO DISMISS CLAIMS OF 23 UNTIMELY PLAINTIFFS PURSUANT TO RULE 12(c)**

In response to the Court's minute order (Dkt. No. 223), converting the above Motion to Dismiss to a Motion for Summary Judgment, Defendant KeyPoint Government Solutions, Inc. supplements its response as follows. KeyPoint's initial Motion presented verified interrogatory responses documenting that all 23 individuals subject to the Motion had their last day of engagement with KeyPoint outside the statute of limitations period applicable to their claims.[1] (Dkt. No. 221 at p. 5; *see also* Dkt. 221-2 (Defendant's Answer to Plaintiffs' Interrogatory No. 2 setting forth the engagement and end dates of the 23 individuals subject to the Motion).

---

[1] The statute of limitations under the FLSA is two years after a cause of action accrues, which may be extended to three years if the alleged violation was "willful." 29 U.S.C. § 255(a). In addition, this case involves several agreements and orders related to tolling of the statute of limitations, resulting in tolling of 486 days. (Dkt 221 at p. 3). Adding this tolling to the three-year limitations period results in a cut-off of three years and 486 days for the outside statute of limitations period that would apply to this case if Plaintiffs prove a willful violation.

KeyPoint further refers the Court to the Declaration of Plaintiff's counsel Joshua G. Konecky, filed in support of the Parties' Motion for Approval of Settlement Agreement (Dkt. No. 222-1), at ¶ 79, which confirms that notice of this Motion was provided to the affected opt-ins subject to this Motion. (Dkt. 222-1 at ¶ 79.) None of the individuals subject to this Motion have objected or disputed KeyPoint's records showing their last day of engagement as outside the limitations period of three years plus 486 days (for tolling), and the Motion remains unopposed. (*Id.*) KeyPoint respectfully requests that its Motion be granted.

Dated: November 3, 2020

Respectfully submitted,

By:    *s/Margaret Parnell Hogan*
     Margaret Parnell Hogan
     mphogan@littler.com
     LITTLER MENDELSON, P.C.
     1900 16th Street, Suite 800
     Denver, CO  80202
     Telephone:  303.629.6200
     Facsimile:  303.629.0200

     Jacqueline E. Kalk
     jkalk@littler.com
     Emily A. McNee
     emcnee@littler.com
     LITTLER MENDELSON, P.C.
     80 South 8th Street, Suite 1300
     Minneapolis, MN  55402
     Telephone:  612.630.1000

     ATTORNEYS FOR DEFENDANT
     KEYPOINT GOVERNMENT SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2020 a true and correct copy of the foregoing **DEFENDANT'S SUPPLEMENTAL BRIEF SUPPORTING ITS UNOPPOSED MOTION TO DISMISS CLAIMS OF 23 UNTIMELY PLAINTIFFS PURSUANT TO RULE 12(c)** was filed and served via CM/ECF on the following:

Joshua G. Konecky
Leslie H. Joyner
SCHNEIDER WALLACE COTTRELL KONECKY LLP
2000 Powell St., Suite 1400
Emeryville, CA  94608
jkonecky@schneiderwallace.com
ljoyner@schneiderwallace.com

ATTORNEYS FOR PLAINTIFF

*s/ Margaret Parnell Hogan*
Margaret Parnell Hogan