THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  18-cv-00327-RM-STV

ORSON JUDD,
individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

KEYPOINT GOVERNMENT SOLUTIONS, INC.,
a Delaware corporation,

    Defendant.

**STATUS REPORT CONFIRMING NO OBJECTIONS TO THE
FLSA COLLECTIVE ACTION SETTLEMENT**

Plaintiff Orson Judd ("Judd"), individually and on behalf of all others similarly situated, and Defendant KeyPoint Government Solutions, Inc., ("KeyPoint" and together with Judd, the "Parties") respectfully submit this status report pursuant to the Court's Order of April 27, 2021 (ECF No. 234).  That Order directed the parties to file a status report notifying the Court of the name and number of any objectors to the proposed settlement. *Id.* at 6.  As discussed below and in the motion for final approval submitted concurrently with this status report, there have been no objections to the proposed settlement.

As discussed in the motion for final approval, the parties submitted notices to each of the Opt-In Plaintiffs remaining in the case through a settlement administrator approved by the Court, JND Legal Administration. The notices included all of the information required to be included by the Court's April 27, 2021 Order and informed Opt-In Plaintiffs of the claims they would release if the settlement is approved. The notice gave Opt-In Plaintiffs 45 days, until July 2, 2021, to object

to the settlement, and it informed Opt-In Plaintiffs of the Fairness Hearing to be held in this matter, including information on how to attend if Opt-In Plaintiffs so desired.

    As of the date of this filing, no Opt-In Plaintiffs have objected to the settlement.

Respectfully submitted,

By: */s/ Margaret Parnell Hogan*
    Margaret Parnell Hogan
    LITTLER MENDELSON, P.C.
    1900 16th Street, Suite 800
    Denver, CO  80202
    Telephone:  (303) 629-6200
    Facsimile:   (303) 629.0200
    Email:  mphogan@littler.com

    Jacqueline E. Kalk
    LITTLER MENDELSON, P.C.
    80 South 8th Street, Suite 1300
    Minneapolis, MN  55402
    Tele:  (612) 313-7610
    Fax:   (763) 647-7964
    Email:  JKalk@littler.com

    ATTORNEYS FOR DEFENDANT
    KEYPOINT GOVERNMENT
    SOLUTIONS, INC.

By:   /s/*Joshua G. Konecky*
    Joshua G. Konecky
    SCHNEIDER WALLACE COTTRELL KONECKY LLP
    200 Powell Street, Suite 1400
    Emeryville, California 94608
    Telephone: 415-421-7100
    ljoyner@schneiderwallace.com

    ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2021, a true and correct copy of the foregoing **STATUS REPORT REGARDING OBJECTIONS TO THE FLSA COLLECTIVE ACTION SETTLEMENT** was filed and served via CM/ECF on the following:

Joshua G. Konecky
Leslie H. Joyner
SCHNEIDER WALLACE COTTRELL KONECKY LLP
2000 Powell St., Suite 1400
Emeryville, CA  94608
jkonecky@schneiderwallace.com
ljoyner@schneiderwallace.com

ATTORNEYS FOR PLAINTIFFS

/s/ *Patricia Perez*
Patricia Perez