# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter:    Tammy Hoffschildt | Date:   August 16, 2021 |

**CASE NO.   18-cv-00327-RM-STV**

| Parties | Counsel |
|---|---|
| ORSON JUDD, | Joshua Konecky |
| Plaintiff, | |
| v. | |
| KEYPOINT GOVERNMENT SOLUTIONS INCORPORATED, | Margaret Hogan<br>Jacqueline Kalk |
| Defendant. | |

## COURTROOM MINUTES

**FAIRNESS HEARING – Video Teleconference (VTC)**
**Court in session:        9:03 a.m.**

Appearances of counsel.

Preliminary remarks made by the Court.

Discussion held regarding the Joint Motion for Final Approval of FLSA Collective Action Settlement (Doc. 238).

The Court states findings regarding the motion.

**ORDERED:**   The Joint Motion for Final Approval of FLSA Collective Action Settlement (Doc. 238) is GRANTED as stated on the record.

The Court will issue a formal written order.

**Court in recess:**         9:18 a.m.
**Total in court time:**     00:15
**Hearing concluded.**