**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00327-RM-STV

ORSON JUDD, individually and on behalf of all others similarly situation,

      Plaintiffs,

v.

KEYPOINT GOVERNMENT SOLUTIONS, INC.,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 242) by Judge Raymond P. Moore approving the FLSA collective action settlement, it is

ORDERED that judgment is hereby entered in favor of Plaintiffs and against Defendant.   It is

FURTHER ORDERED that this case is closed.

Dated this 16th day of August, 2021.

                     FOR THE COURT:
                     JEFFREY P. COLWELL

                     By:   s/C. Pearson, Deputy Clerk